IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| L. et al, | : | CIVIL ACTION |
| Plaintiffs, | : | NO. 08-5194 |
| v. | : | |
| BOYERTOWN AREA SCHOOL DISTRICT et al, | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 1st day of July, 2009, upon consideration of Defendants Boyertown Area School District and Christopher Iacobelli's Motion to Dismiss Plaintiffs' First Amended Complaint (Doc. No. 20), Defendant Shpock's Motion to Dismiss Plaintiffs' First Amended Complaint (Doc. No. 19) and Plaintiffs' Response to Defendants BASD and Iacobelli's Motion to Dismiss Plaintiffs' Amended Complaint (Doc. No. 17), it is ORDERED that Defendants Motions to Dismiss (Doc. Nos. 19, 20) are GRANTED and Plaintiffs' First Amended Complaint is DISMISSED WITH PREJUDICE. It is FURTHER ORDERED that the Clerk of Court shall close the case.

BY THE COURT:

S/ Joel H. Slomsky
J.